AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LOKEN, JAMES B | EIGHTH CIRCUIT | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CIRCUIT JUDGE (Active) | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse, Suite 11W 300 South Fourth Street Minneapolis, MN 55415 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Past President | Federal Bar Association, Minnesota Chapter |
| 2. Member | American Law Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS (All Common) | | | | | | | | | |
| 2. Allstate Corp. | A | Dividend | K | T | | | | | |
| 3. Verizon Communications | A | Dividend | K | T | | | | | |
| 4. Bristol-Myers Squibb | A | Dividend | J | T | | | | | |
| 5. Zimmer Holdings, Inc. | | None | J | T | | | | | |
| 6. Target Corp | A | Dividend | K | T | | | | | |
| 7. Emerson Electric | C | Dividend | N | T | | | | | |
| 8. Exxon Corp. | A | Dividend | K | T | | | | | |
| 9. Wachovia Corp. | C | Dividend | M | T | | | | | |
| 10. Gabelli Equity Trust | D | Dividend | L | T | | | | | |
| 11. Gabelli Global Multimedia Trust | A | Dividend | J | T | | | | | |
| 12. Gabelli Utility Trust | A | Dividend | J | T | | | | | |
| 13. General Motors | A | Dividend | J | T | | | | | |
| 14. IBM | A | Dividend | L | T | | | | | |
| 15. XCel Energy, Inc. | C | Dividend | K | T | | | | | |
| 16. CenterPoint Energy, Inc. | A | Dividend | J | T | | | | | |
| 17. AT&T Inc. (formerly SBC Communications) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pactiv Corp. | | None | J | T | | | | | |
| 19. Tenneco Automotive | | None | | | Sell | 3/5 | J | A | |
| 20. Texas Utilities | A | Dividend | J | T | | | | | |
| 21. ASM International | | None | J | T | | | | | |
| 22. Consol. Delivery & Logistics | | None | J | T | | | | | |
| 23. Cypress Semicond. Corp. | | None | K | T | | | | | |
| 24. FSI International, Inc. | | | | | Buy | 2/18 | J | | |
| 25. FSI International, Inc. | | | | | Buy | 4/26 | J | | |
| 26. FSI International, Inc. | | | | | Buy | 8/26 | J | | |
| 27. FSI International, Inc. | | None | K | T | Part Sell | 12/30 | J | | |
| 28. Digi International | | | | | Part Sell | 1/7 | J | D | |
| 29. Digi International | | | | | Part Sell | 3/11 | J | B | |
| 30. Digi International | | None | J | T | Buy | 11/17 | J | | |
| 31. LSI Logic Corp. | | | | | Buy | 4/26 | J | | |
| 32. LSI Logic Corp. | | None | K | T | Part Sell | 8/23 | J | | |
| 33. Ascential Software Corp. | | | | | Buy | 1/7 | J | | |
| 34. Ascential Software Corp. | | None | | | Sell | 4/26 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hewlett-Packard Co. | A | Dividend | K | T | | | | | |
| 36. Communications Systems | | | | | Buy | 1/7 | J | | |
| 37. Communications Systems | A | Dividend | K | T | Buy | 2/18 | J | | |
| 38. Nektar Therapeutics | | None | J | T | | | | | |
| 39. Vishay Intertechnology | | None | K | T | Buy | 2/18 | J | | |
| 40. ADC Telecommunications | | | | | Buy | 4/26 | J | | |
| 41. ADC Telecommunications | | | | | Buy | 6/14 | J | | |
| 42. ADC Telecommunications | | | | | Buy | 11/17 | J | | |
| 43. ADC Telecommunications | | None | L | T | Part Sell | 12/30 | J | | |
| 44. Amkor Technology | | None | K | T | Buy | 10/14 | J | | |
| 45. Conexant Systems | | None | J | T | | | | | |
| 46. JDS Uniphase | | None | | | Sell | 6/14 | J | | |
| 47. McData Corp. (formerly Computer Network Technology) | | None | | | Sell | 11/17 | K | | |
| 48. Atmel Corp. | | None | J | T | | | | | |
| 49. Select Comfort Corp. | | | | | Buy | 1/7 | J | | |
| 50. Select Comfort Corp. | | None | K | T | Buy | 4/26 | J | | |
| 51. Nokia Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oracle Corp. | | None | K | T | | | | | |
| 53. Skyworks Solutions, Inc. | | | | | Buy | 4/26 | J | | |
| 54. Skyworks Solutions, Inc. | | None | K | T | Buy | 11/17 | J | | |
| 55. Norstan, Inc. | | None | | | Sell | 2/17 | K | D | |
| 56. CNS Inc. | A | Dividend | | | Sell | 4/26 | K | C | |
| 57. Synovis Life Technologies, Inc. | | None | K | T | | | | | |
| 58. Cyberoptics Corp. | | | | | Buy | 10/14 | J | | |
| 59. Cyberoptics Corp. | | None | J | T | Buy | 11/17 | J | | |
| 60. Seagate Technology | | None | J | T | | | | | |
| 61. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 62. HEI Inc. | | None | | | Sell | 10/14 | J | D | |
| 63. INNOVEX Inc. | | None | | | Sell | 6/14 | J | | |
| 64. Mesa Air Group, Inc. | | None | J | T | Buy | 4/26 | J | | |
| 65. MUTUAL FUNDS | | | | | | | | | |
| 66. Columbia Acorn Fund | E | Dividend | M | T | | | | | |
| 67. Columbia Int'l Stock Fund | | None | | | Sell | 12/13 | K | E | See Part VIII |
| 68. Fidelity Equity Income Fund II | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Mn. Tax Free Fund | B | Dividend | L | T | | | | | |
| 70. Fidelity Emerging Markets Fund | A | Dividend | J | T | | | | | |
| 71. Fidelity Japan Fund | A | Dividend | J | T | | | | | |
| 72. Fidelity Spartan Muni Income Fund | D | Dividend | N | T | | | | | |
| 73. AIM -- Health Sciences | A | Dividend | | | Sell | 12/13 | L | D | |
| 74. Gabelli Global Growth Fund | | None | | | Sell | 12/13 | K | D | |
| 75. Gabelli Growth Fund | | None | | | Sell | 12/13 | K | D | |
| 76. Guardian Park Ave Fund | A | Dividend | | | Sell | 12/14 | M | | |
| 77. Harbor International Fund | C | Dividend | L | T | | | | | |
| 78. Investment Co Amer Fund | D | Dividend | M | T | | | | | |
| 79. Janus Fund | | None | | | Sell | 12/13 | K | C | |
| 80. Mutual Beacon Fund | E | Dividend | N | T | | | | | |
| 81. New Perspective Fund | C | Dividend | K | T | | | | | |
| 82. Oppenheimer Capital Inc Fund | D | Dividend | M | T | | | | | |
| 83. Oppenheimer Strategic Income | D | Dividend | L | T | | | | | |
| 84. Putnam Growth Fund | C | Dividend | | | Sell | 12/13 | M | E | |
| 85. Vanguard Fixed Inc Fund S-T | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Fixed Inc Fund GNMA | D | Dividend | M | T | | | | | |
| 87. Delaware Voyageur Mn Ins Fund | A | Dividend | | | Sell | 12/13 | K | A | |
| 88. Washington Mutual Fund | D | Dividend | M | T | | | | | |
| 89. Vanguard Windsor Fund | C | Dividend | K | T | | | | | |
| 90. Vanguard Hi-Yield Corp. Fund | B | Dividend | K | T | | | | | |
| 91. Vanguard Prime MM Fund | B | Dividend | K | T | | | | | |
| 92. Vanguard Short Term Corp. Fund | A | Dividend | K | T | | | | | |
| 93. Vanguard Long Term Tax Exempt Fund | B | Dividend | K | T | | | | | |
| 94. Vanguard Wellington Fund | B | Dividend | K | T | | | | | |
| 95. Vanguard Capital Value Fund | B | Dividend | K | T | | | | | |
| 96. Artisan International Fund | B | Dividend | L | T | | | | | |
| 97. Leuthold Core Inv. Fund | D | Dividend | N | T | | | | | |
| 98. Selected American Shares Fund | A | Dividend | M | T | | | | | |
| 99. Amer Century Equity Fund | A | Dividend | M | T | Buy | 12/17 | M | | |
| 100. Chase Growth Fund | | None | L | T | Buy | 12/17 | L | | |
| 101. Dreyfus Minn Muni Fund | A | Dividend | K | T | Buy | 12/17 | K | | |
| 102. Icon Health Care Fund | | None | L | T | Buy | 12/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LOKEN, JAMES B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Matthews Pacific Tiger Fund | A | Dividend | L | T | Buy | 12/17 | L | | |
| 104. Muhlenkamp Fund | | None | L | T | Buy | 12/17 | L | | |
| 105. MISC. | | | | | | | | | |
| 106. Wells Fargo Bank IRA | A | Dividend | J | T | | | | | |
| 107. F&B Building Partnership | | None | J | W | | | | | |
| 108. Vanguard Variable Annuity Plan | | None | M | T | | | | | |
| 109. Tamarack Investment Tax Free Fund | A | Dividend | J | T | | | | | |
| 110. Schwab Advance Cash Reserve Fund | A | Dividend | J | T | Buy | 12/13 | J | | |
| 111. Wells Fargo Bank | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Columbia Newport Tiger Fund merged into Columbia International Stock Fund on October 7, 2005 (Part VII, line 67)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 15, 2006_

NOTE: A                    HO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI            NS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544